JUDGE CASTEL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

08 CIV 4686

DIET COFFEE, INC.,

Plaintiff,

-v-

VIATEK CONSUMER PRODUCTS
GROUP INC. and
LOU LENTINE

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED MAY 19 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DIET COFFEE, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: May 19, 2008

Signature of Attorney

Attorney Bar Code: RM-0019

Form Rule7_1.pdf  SDNY Web 10/2007