# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District District of New York

Index Number: 08-CV-04686

Date Filed: _____

**Plaintiff:**
**Diet Coffee, Inc.**

vs.

**Defendant:**
**Viatek Consumer Products Group Inc., et al**

For:
Richard Mortner
The Mortner Law Firm
40 Broad Street
Suite 500
New York, NY 10004

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 2nd day of June, 2008 at 2:42 pm to be served on **Viatek Consumer Products Group Inc., 6881 Kingspointe Parkway, Suite 7, Orlando, FL 32819**.

I, Travis J. Foster, being duly sworn, depose and say that on the **4th day of June, 2008 at 11:47 am, I:**

**SERVED** to a Designated Person, a true copy of the **Summons in a Civil Case and Amended Complaint** at the address of **6881 Kingspointe Parkway, Suite 7, Orlando, FL 32819** to **John Santo** who stated that they were authorized to accept for the within named, in their absence.

**Additional Information pertaining to this Service:**
At the time of service, Mr. Santo stated he was authorized to accept service on behalf of the corporation.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 4th day of June, 2008 by the affiant who is personally known to me.

_Amanda J. Taylor_
NOTARY PUBLIC-STATE OF FLORIDA

AMANDA J. TAYLOR
Comm# DD0771889
Expires 3/24/2012
Florida Notary Assn., Inc

_Travis J. Foster_
Travis J. Foster
Orange County SPS #M7793

AALLEN BRYANT & ASSOCIATES, INC.
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: 2008010130
Ref: at

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w