```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIET COFFEE, INC.,

    Plaintiff,

v.

VIATEK CONSUMER PRODUCTS GROUP INC., LOU LENTINE and ANGELO RAMSBOTT,

    Defendants.

Civil Action No. 08-cv-04686-PKC

**STIPULATION AND ORDER REGARDING ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed, by and among the Plaintiff Diet Coffee, Inc. and Defendants Viatek Consumer Products Group Inc., Lou Lentine and Angelo Ramsbott, that counsel for Defendants will accept service of the complaint on behalf of the Defendants and that Defendants shall have until July 28, 2008 to respond to Plaintiff's Complaint. This stipulated extension is necessary because the parties need more time to explore settlement possibilities.

SO ORDERED,
New York, New York

Date: _____

_____
The Honorable P. Kevin Castel
United States District Judge

7-11-08

IT IS SO STIPULATED BY,

Date: July __, 2008

_____
Moshe Mortner
THE MORTNER LAW OFFICE, PC
40 Broad Street, Suite 500
New York, NY 10004
Telephone: 212-480-2181
Facsimile: 646-304-3169
Email: rmm@mortnerlaw.com

Date: July 10, 2008

_____
Matthew L. Levine   ML-6294
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070
Facsimile: 212-258-2291