UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIET COFFEE, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 08-cv-04686-PKC |
| VIATEK CONSUMER PRODUCTS GROUP INC., LOU LENTINE and ANGELO RAMSBOTT, | ) JURY TRIAL DEMANDED |
| *Defendants*. | ) |

## NOTICE OF MOTION AND MOTION FOR ADMISSION PRO HAC VICE OF CRAIG R. SMITH

The undersigned counsel hereby moves for the admission *pro hac vice* of Craig R. Smith. In support of this motion, the undersigned states as follows:

1. I am an attorney with the firm Fish & Richardson P.C., attorneys for the defendants Viatek Consumer Products Group, Inc., Lou Lentine and Angelo Ramsbott ("Defendants") in this matter.

2. I am a member of the Bar of the State of New York and have been admitted to the United States District Court for the Southern District of New York since 1991.

3. Mr. Smith is a member in good standing of the bar of the United States District Court for the District of Massachusetts.

4. Mr. Smith's Certificate of Good Standing from the United States District Court for the District of Massachusetts is attached hereto as Exhibit A.

5. A proposed Order granting this motion is attached hereto as Exhibit B.

WHEREFORE, the undersigned respectfully requests the admission pro hac vice of Craig R. Smith.

> Respectfully submitted,
>
> FISH & RICHARDSON P.C.
>
> By: _____/s/ Matthew L. Levine_____
> Matthew L. Levine (ML-6247)
> 153 E. 53rd Street
> New York, NY 10022
> (212) 765-5070
> Fax: (212)-258-2291
> Email: levine@fr.com
>
> Craig R. Smith
> *pending admission pro hac vice*
> 225 Franklin Street
> Boston, MA 02110
> (617) 542-5070
> Fax: (617) 542-8906
> Email: csmith@fr.com
>
> *Attorneys for Viatek Consumer Products Group, Inc., Lou Lentine and Angelo Ramsbott*

# EXHIBIT A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**CERTIFICATE OF
GOOD STANDING**

I,     Sarah A. Thornton     , *Clerk of this Court,*

certify that     **Craig R. Smith**     , Bar #    636723    ,

was duly admitted to practice in this Court on

    October 30, 1998     , and is in good standing
            DATE

as a member of the Bar of this Court.

Dated at    Boston, Massachusetts    on    August 1, 2008    .
                  LOCATION                               DATE



Sarah A. Thornton
CLERK

*[signature]*
DEPUTY CLERK

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIET COFFEE, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>VIATEK CONSUMER PRODUCTS )<br>GROUP INC., LOU LENTINE and )<br>ANGELO RAMSBOTT, )<br>)<br>*Defendants*. )<br>) | C.A. No. 08-cv-04686-PKC<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING ADMISSION
### PRO HAC VICE OF CRAIG R. SMITH

On this date, came on to be considered a Motion for Admission *Pro Hac Vice* for Craig R. Smith, and based on the motion and all other pleadings and papers filed in this matter, the Court concludes that the motion shall be granted.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Admission *Pro Hac Vice* of Craig R. Smith is granted and Craig R. Smith is granted leave to appear as counsel for the defendants in the above captioned matter.

So Ordered:

New York, New York

Date: _____

_____
The Honorable P. Kevin Castel
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above NOTICE OF MOTION AND MOTION FOR ADMISSION PRO HAC VICE OF CRAIG R. SMITH were served on plaintiff's counsel by sending copies via by first class mail on this 4th day of August, 2008.

Moshe (Richard) Mortner
The Mortner Law Office, P.C.
40 Broad Street
Suite 500
New York, NY 10004

_____
Neil Ramsaroop

3