UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

| | |
|---|---|
| DIET COFFEE, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>VIATEK CONSUMER PRODUCTS GROUP INC., LOU LENTINE and ANGELO RAMSBOTT,<br><br>*Defendants.* | C.A. No. 08-cv-04686-PKC<br><br>JURY TRIAL DEMANDED |

*PKC*

### [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE OF CRAIG R. SMITH

On this date, came on to be considered a Motion for Admission *Pro Hac Vice* for Craig R. Smith, and based on the motion and all other pleadings and papers filed in this matter, the Court concludes that the motion shall be granted.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Admission *Pro Hac Vice* of Craig R. Smith is granted and Craig R. Smith is granted leave to appear as counsel for the defendants in the above captioned matter.

So Ordered:

New York, New York

Date: 8-5-08

_____
The Honorable P. Kevin Castel
United States District Judge