UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DIET COFFEE, INC.,

                Plaintiff,

        -   against  -

VIATEK CONSUMER PRODUCTS GROUP INC., LOU LENTINE and ANGELO RAMSBOTT,

                Defendants.

Civil Action No. 08-cv-04686-PKC

**NOTICE OF CHANGE OF ADDRESS AND NAME**

SIRS:

    PLEASE TAKE NOTICE THAT Richard M. Mortner, Esq., attorney for Plaintiff Diet Coffee, Inc. hereby gives notice that he has changed his address and phone number to:

The Mortner Law Office, PC
130 William St., 6th Floor
New York, NY 10038
Tel.: 646-839-8530
Fax:646-304-3169

    PLEASE TAKE FURTHER NOTICE THAT, pursuant to a grant of the Supreme Court of the State of New York, Appellate Division, First Department, the name under which **Richard M. Mortner** practices law has been changed to **Moshe Mortner**.

    All correspondence and pleading should be served upon Moshe Mortner, Esq. at the address above.

Dated:  September 5, 2008
         New York, NY

                         Yours, *etc.,*

                         THE MORTNER LAW OFFICE, PC

By: _____

Moshe Mortner
The Mortner Law Office, P.C.
130 William St., 6th Floor
New York, NY 10038
Tel.: 646-839-8530


TO:

Craig R. Smith, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110